RUFUS M. CHOATE, Respondent, *v.* THE CITY OF BUFFALO Appellant.

*Choate* v. *City of Buffalo*, 39 App. Div. 379, affirmed.
(Submitted April 26, 1901; decided June 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made March 22, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*W. H. Cuddeback* for appellant.

*Lockwood & Lockwood* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

JOHN N. LOCKWOOD, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Lockwood* v. *City of Buffalo*, 52 App. Div. 621, affirmed.
(Submitted April 26, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. H. Cuddeback* for appellant.

*Stephen Lockwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.